**Allen HEMPHILL, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 67683.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 5, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 7, 1996.

Dave Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Becky Owenson Kilpatrick, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Movant appeals the motion court's judgment denying his motion for Rule 24.035 relief without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

**Gerald DOSS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 67375.**

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 5, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 7, 1996.

Robert S. Adler, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and RHODES, JJ.

*ORDER*

PER CURIAM.

Movant appeals the motion court's judgment denying Rule 24.035 relief after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).